# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:24-cv-00435-JLT-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 17)<br><br>**SIXTY DAY DEADLINE** |

On March 19, 2025, Defendant filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within sixty (60) days. (ECF No. 17.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **within sixty (60) days** of entry of this order. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **March 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge